**Case 4:24-cv-00365-P     Document 52-1     Filed 02/11/25     Page 1 of 2     PageID 462**



Home  /  Newsroom  /  Press Releases  /  SEC Crypto 2.0: Acting Chairman Uyeda Announces Formation of New Crypto Task Force

PRESS RELEASE

# SEC Crypto 2.0: Acting Chairman Uyeda Announces Formation of New Crypto Task Force

## Commissioner Hester Peirce will lead agency-wide effort

**FOR IMMEDIATE RELEASE**  |  2025-30

Washington D.C., Jan. 21, 2025 — Today SEC Acting Chairman Mark T. Uyeda launched a crypto task force dedicated to developing a comprehensive and clear regulatory framework for crypto assets. Commissioner Hester Peirce will lead the task force. Richard Gabbert, Senior Advisor to the Acting Chairman, and Taylor Asher, Senior Policy Advisor to the Acting Chairman, will serve as the task force's Chief of Staff and Chief Policy Advisor, respectively.

Drawing from talented staff across the agency, the Task Force will collaborate with Commission staff and the public to set the SEC on a sensible regulatory path that respects the bounds of the law. To date, the SEC has relied primarily on enforcement actions to regulate crypto retroactively and reactively, often adopting novel and untested legal interpretations along the way. Clarity regarding who must register, and practical solutions for those seeking to



register, have been elusive. The result has been confusion about what is legal, which creates an environment hostile to innovation and conducive to fraud. The SEC can do better.

The Task Force's focus will be to help the Commission draw clear regulatory lines, provide realistic paths to registration, craft sensible disclosure frameworks, and deploy enforcement resources judiciously.

The Task Force will operate within the statutory framework provided by Congress and will coordinate the provision of technical assistance to Congress as it makes changes to that framework. The Task Force will coordinate with federal departments and agencies, including the Commodity Futures Trading Commission, and state and international counterparts.

"I look forward to the efforts of Commissioner Peirce to lead regulatory policy on crypto, which involves multiple SEC divisions and offices," said Acting Chairman Uyeda.

"This undertaking will take time, patience, and much hard work. It will succeed only if the Task Force has input from a wide range of investors, industry participants, academics, and other interested parties. We look forward to working hand-in-hand with the public to foster a regulatory environment that protects investors, facilitates capital formation, fosters market integrity, and supports innovation," stated Commissioner Peirce.

The Task Force anticipates holding roundtables in the future, but in the meantime welcomes public input at Crypto@sec.gov.

### 

Last Reviewed or Updated: Jan. 21, 2025