UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | 4:24-cv-00365-P |
| CALEB JOSEPH WARD<br>JEREMY GEORGE MCNUTT | § § | |

## **PROPOSED ORDER**

Before the Court is Defendants' Joint Motion to Stay Civil Proceeding [ECF No. 55]. Having considered the parties' briefing on the issue, the Court **GRANTS** the Motion. This civil case is **STAYED** until the federal criminal proceeding in this division against both Defendants is resolved.  **SO ORDERED** this _____ day of _____, 2025.

1