UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GEOSYN MINING, LLC, CALEB JOSEPH WARD, and JEREMY GEORGE MCNUTT,<br><br>    Defendants. | Cause No. 4:24-cv-00365-P |

## PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO STAY

Plaintiff Securities and Exchange Commission ("SEC") files this Notice of Non-Opposition to Defendants' Motion to Stay and respectfully states as follows:

1. On February 5, 2025, the Government filed a criminal complaint against Defendants Caleb Joseph Ward ("Ward") and Jeremy George McNutt ("McNutt") (together, "Defendants"). *See United States v. Ward, et al.,* Case No. 4:25-mj-0086 (N.D. Tex. [Ft. Worth]) (the "Criminal Case").

2. On February 12, 2025, Defendants filed a Motion to Stay [Doc. 55].

3. On February 13, 2025, Defendants self-surrendered, made initial appearances, and were released from custody pending trial. *See* Criminal Case, Doc. 12.

4. Given the status of the Criminal Case and the facts and circumstances of this case, the SEC does not oppose staying the instant proceedings while the Criminal Case is ongoing.

1

Dated: February 14, 2025.                              Respectfully submitted,

*s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
Robert J. Boudreau
Texas Bar No. 24123473
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, TX  76102
Phone: (817) 978-6442 (JDR)
           (817) 978-0165 (RJB)
Fax: (817) 978-4927
*reecej@sec.gov*
*boudreauro@sec.gov*

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties according to FED. R. CIV. P. 5(b)(2).

*/s/ Jennifer D. Reece*
Jennifer D. Reece