UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,**

   **Plaintiff,**

**v.**     No. 4:24-cv-00365-P

**GEOSYN MINING, LLC, ET AL.**

   **Defendants.**

### ORDER

   Before the Court is Defendants' Unopposed Motion to stay this case pending the resolution of the related criminal matters. ECF No. 55. Having reviewed the Motion the Court find that it should be and hereby is **GRANTED**. Consequently, it is **ORDERED** that this case is **STAYED** pending the resolution of the criminal proceedings. The Parties are **ORDERED** to file a joint status report **within 14 days of the completion,** apprising the Court of the status of the case and requesting that this case be reopened. In is further **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case and remove it from the statistical records until further notice.

**SO ORDERED** on this the **14th day of February 2025.**

                                   MARK T. PITTMAN
                                   UNITED STATES DISTRICT JUDGE